[Civ. No. 6994.  Second Appellate District, Division One.—October 17, 1929.]

FRANK GUBIN et al., Petitioners, v. SUPERIOR COURT OF LOS ANGELES COUNTY, Respondent.

Paul Schenck for Petitioners.

No appearance for Respondent.

THE COURT.— ■  The petition for writ of prohibition is denied. (*Williams* v. *Chadbourne,* 6 Cal. 559; *Crocker* v. *Conrey,* 140 Cal. 213 [73 Pac. 1006]; *Bar Association* v. *Superior Court,* 64 Cal. App. 590 [222 Pac. 185].)